UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STRIKE 3 HOLDINGS, LLC,

                              Plaintiff,

            -against-

JOHN DOE subscriber assigned IP address
72.226.65.157,

                              Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   5/22/2023
```

23 Civ. 2194 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On March 16, 2023, the Court ordered the parties to file a joint letter and proposed case management plan.  ECF No. 5.  Defendant has not yet been served.  ECF No. 15 (extending deadline to complete service to October 24, 2023).  Accordingly, within **fourteen (14) days** of service, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: May 22, 2023
       New York, New York

ANALISA TORRES
United States District Judge