UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STRIKE 3 HOLDINGS, LLC,

                Plaintiffs,

    -against-

JOHN DOE subscriber assigned IP address 72.226.65.157,

                Defendants.

23-CV-2194 (JGLC)

**<u>NOTICE OF REASSIGNMENT</u>**

---

JESSICA G. L. CLARKE, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, including Dkt. Nos. 15 and 16. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke**.

Dated: July 24, 2023
       New York, New York

                                               SO ORDERED.

                                               *Jessica Clarke*

                                               JESSICA G. L. CLARKE
                                             United States District Judge